People v Medina-Hidalgo (2025 NY Slip Op 06916)

People v Medina-Hidalgo

2025 NY Slip Op 06916

Decided on December 11, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 11, 2025

Before: Manzanet-Daniels, J.P., Gesmer, González, Shulman, O'Neill Levy, JJ. 

SCI No. 3088/19|Appeal No. 5353|Case No. 2019-05509|

[*1]The People of the State of New York, Respondent,
v
Joseph Medina-Hidalgo, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Steven Berko of counsel), for appellant.

Judgment, Supreme Court, New York County (Laurie Peterson, J.), rendered November 15, 2019, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him to a term of three years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 11, 2025